**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF  CRAWN BAY MARINA L.P., | COURT CASE NUMBER  3.18 - CV - 68 |
|---|---|
| DEFENDANT  Subbase Drydock Inc. + MV Caribena | TYPE OF PROCESS  Complaint |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** | MV Caribena |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*  8186 Subbase Suite 1 , St. Thomas VI 00802 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Law Offices & Michelle T. Meade  9800 Buccaneer Mall Ste 1  St. Thomas VI 00802 | Number of process to be served with this Form 285    1 |
| | Number of parties to be served in this case    1 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

The MV Caribena is a 90-100 ft passenger ferry w/a blue hull See attached photo

Fold

Recd USMS-115 SERVOS • 18 PM12:31

| Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER  340 - 714 -1997 | DATE  9/5/2018 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process  1 | District of Origin  No. 04 | District to Serve  No. 04 | Signature of Authorized USMS Deputy or Clerk  Stephanie Browne | Date  9/5/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation. etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*  Karl - Blondeau  Manir Pena    OFFICE MANAGER | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date  9/6/18 | Time  1130  ☐ am  ☐ pm |
| | Signature of U.S. Marshal or Deputy  Amos Workman |

| Service Fee  130.00 | Total Mileage Charges including *endeavors*  2.18 | Forwarding Fee | Total Charges  132.18 | Advance Deposits  130.00 | Amount owed to U.S. Marshal* or (Amount of Refund*)  2.18 |
|---|---|---|---|---|---|

REMARKS:
POSTED SUMMONS ON VESSEL DOOR

2 DEPUTIES   1 HR  4 MILES

INITIAL DEPOSIT: 130.00
COST FOR SERVICE: 132.18
BALANCE DUE: 2.18

PRIOR EDITIONS MAY BE USED

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

Please make remittance payable to U.S. Marshal

Form USM-285
Rev. 11/13

D04-CV-18-00010

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Virgin Islands   ▾

| | |
|---|---|
| Crown Bay Marina, L.P. <br><br> *Plaintiff(s)* <br> v. <br> Subbase Drydock, Inc. <br> M/V Caribena, in rem <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 3:18-cv-68 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  M/V Caribena
in the care and custody of Subbase Drydock
8186 Subbase, Suite 1
St. Thomas, VI 00802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Offices of Michelle T. Meade
Michelle T. Meade Pate, Esq.
9800 Buccaneer Mall Suite 1
St. Thomas VI 00802
(340) 714-1997

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/5/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-68

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Subbase Drydock, Inc.

was received by me on *(date)*   9/6/18   .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
POSTED SUMMONS ON VESSEL DOOR

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  9/6/18

_____
Server's signature

AMOS WORKMAN   D USM
Printed name and title

5500 VETERANS DR   ST THOMAS, VI
Server's address

Additional information regarding attempted service, etc: