## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| CROWN BAY MARINA, L.P., ) | | |
| ) | | |
| Plaintiff, ) | | Civil No. 2018-68 |
| ) | | |
| vs. ) | | |
| ) | | |
| SUBBASE DRYDOCK INC., *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |
| CROWN BAY MARINA, L.P., ) | | |
| ) | | |
| Plaintiff, ) | | Civil No. 2018-73 |
| ) | | |
| vs. ) | | |
| ) | | |
| REEF TRANSPORTATION, LLC., *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |

### ORDER

The premises considered, it is hereby ORDERED:

1. The parties shall file their proposed joint final pretrial order no later than **October 9, 2020.**

2. The final pretrial conference in this matter shall begin promptly at **11:00 a.m. on October 19, 2020**.

3. The parties shall file proposed findings of fact and conclusions of law no later than **October 21, 2020**.

4. The trial of this matter is scheduled to begin promptly at **9:00 a.m. on October 26, 2020.**

**Dated:** August 19, 2020                              S_____
                                                                        **RUTH MILLER**
                                                                        United States Magistrate Judge